*In re* SAÚL DUPREY MAESE, querellado.

*Número:* 4507      *Resuelto:* 3 de marzo de 1988

*Govén D. Martínez Surís, Director de Inspección de Notarías,* querellante; *E.L. Belén Trujillo,* abogado del querellado.

## RESOLUCIÓN

Mediante resolución de 9 de noviembre de 1984 suspendimos al Lcdo. Saúl Duprey Maese del ejercicio de la abogacía y el notariado por no haber pagado su cuota anual y fianza notarial, condicionando su reinstalación al pago de las cantidades adeudadas o al acuerdo de un plan de pago con el Colegio de Abogados.

El 11 de agosto de 1987 el Lcdo. Govén D. Martínez Surís, Director de Inspección de Notarías, nos informó que a pesar de su suspensión el licenciado Duprey Maese continuó ejerciendo la notaría desde el 9 de noviembre de 1984. En esas circunstancias, emitimos una resolución el 20 de agosto de 1987 en la que reiteramos que el licenciado Duprey Maese se encontraba fuera del ejercicio de la abogacía y el notariado, y ordenamos la incautación de su obra notarial para ser entregada al Director de Inspección de Notarías.

Oportunamente el señor Duprey Maese compareció para acreditar el pago parcial de las cuotas atrasadas para diciembre de 1984 y someter documentación pertinente sobre un plan de pago acordado cón el Lcdo. Antonio J. Bennazar,

cuando éste fungía como Director Ejecutivo del Colegio de Abogados. También ha comparecido el Colegio de Abogados de Puerto Rico para acreditar el pago total de las cuotas atrasadas.

Considerando que el señor Duprey Maese ha cumplido con los términos de las resoluciones de 9 de noviembre de 1984 y de 20 de agosto de 1987, y en vista de las explicaciones y las excusas ofrecidas por el abogado, se ordena su reinstalación como abogado, efectivo el 7 de marzo de 1988.

Se le apercibe al Lcdo. Saúl Duprey Maese que en el futuro deberá cumplir estrictamente con el pago de las cuotas anuales al Colegio de Abogados.

Publíquese y remítase copia al Procurador General de Puerto Rico.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Bruno Cortés Trigo
*Secretario General*